IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD PEAVLEY and ) <br> SUSAN PEAVLEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHASE HOME FINANCE, ) <br> ) <br> Defendant. ) | CASE NO. 1:11-CV-368-WKW |

## ORDER

On January 26, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 23) regarding Defendant's Motion to Dismiss, or in the Alternative, for More Definite Statement (Doc. # 3). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED;

2. Defendant's Motion to Dismiss, or in the Alternative, for More Definite Statement (Doc. # 3) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further proceedings on Plaintiffs' claims.

DONE this 10th day of February, 2012.

                                           /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE